UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

SPV-LS, LLC,

                            Plaintiff,

          -v-

JACOB HERBST,

                       Defendant.

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  07/14/2016

16-MC-0197 (JMF) (JLC)

ORDER

JESSE M. FURMAN, United States District Judge:

      The Court retained jurisdiction of this Part One miscellaneous case pending the continued deposition of Jacob Herbst, which was scheduled to take place on July 7, 2016, under the supervision of Magistrate Judge Cott.  (*See* Docket No. 14).  Having been informed by Judge Cott that the deposition was completed, the Court sees no further need to retain jurisdiction over this matter or to keep it open.  Accordingly, the Clerk of Court is directed to close the case, without prejudice to the right of either party to reopen the action within seven days of the date of this Order if there is any need for further judicial intervention from this Court.  To be clear, any application to reopen **must** be filed **within seven days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

      Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: July 14, 2016
      New York, New York

JESSE M. FURMAN
United States District Judge